ELLEN F. ROSENBLUM
Attorney General
CHRISTINA L. BEATTY-WALTERS  #981634
BRIAN SIMMONDS MARSHALL #196129
Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Tina.BeattyWalters@doj.state.or.us
            Brian.S.Marshall@doj.state.or.us

Attorneys for Secretary of State Beverly Clarno

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PEOPLE NOT POLITICIANS OREGON, COMMON CAUSE, LEAGUE OF WOMEN VOTERS OF OREGON, NAACP OF EUGENE/SPRINGFIELD, INDEPENDENT PARTY OF OREGON, and C. NORMAN TURRILL,<br><br>            Plaintiffs,<br><br>     v.<br><br>BEVERLY CLARNO, OREGON SECRETARY OF STATE,<br><br>            Defendant. | Case No.  6:20-cv-01053-MC<br><br>NOTICE OF APPEARANCE |

Page 1 -   NOTICE OF APPEARANCE
          TBW/jl9/10316585

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Please take notice that the undersigned is counsel of record for defendants in this case.

DATED July  1 , 2020.

                                      Respectfully submitted,

                                      ELLEN F. ROSENBLUM
                                      Attorney General

                                      *s/ Christina L. Beatty-Walters*
                                    CHRISTINA L. BEATTY-WALTERS #981634
BRIAN SIMMONDS MARSHALL #196129
Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Tina.BeattyWalters@doj.state.or.us
Brian.S.Marshall@doj.state.or.us
Attorneys for Secretary of State Beverly Clarno

Page 2 -   NOTICE OF APPEARANCE
      TBW/jl9/10316585

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000