# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Preliminary Injunction Appeal

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | District of Oregon, Eugene Division |
| U.S. District Court case number: | 6:20-cv-01053-MC |
| Date case was first filed in U.S. District Court: | June 30, 2020 |
| Date of judgment or order you are appealing: | July 13, 2020 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Beverly Clarno, Oregon Secretary of State

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

1162 Court Street NE

City: Salem   State: OR   Zip Code: 97301

Prisoner Inmate or A Number (if applicable):

Signature: /s/ Benjamin Gutman   Date: 7/15/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Beverly Clarno, Oregon Secretary of State |

Name(s) of counsel (if any):

| Benjamin Gutman |

Address: 1162 Court Street NE, Salem, Oregon 97301

Telephone number(s): (503) 378-4402

Email(s): benjamin.gutman@doj.state.or.us

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| People Not Politicians Oregon; Common Cause; League of Women Voters of Oregon; NAACP of Eugene/Springfield; Independent Party of Oregon; C. Norman Turrill |

Name(s) of counsel (if any):

| Stephen Elzinga |

Address: 693 Chemeketa St., NE, Salem, Oregon 97301

Telephone number(s): (503) 364-2281

Email(s): steve@shermlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                                1                                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                          2                          *New 12/01/2018*