| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 22 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PEOPLE NOT POLITICIANS OREGON; et al.,

          Plaintiffs-Appellees,

 v.

BEVERLY CLARNO, Oregon Secretary of State,

          Defendant-Appellant.

No.   20-35630

D.C. No. 6:20-cv-01053-MC
District of Oregon,
Eugene

ORDER

Before: THOMAS, Chief Judge, SCHROEDER and CALLAHAN, Circuit Judges.

We expedite this appeal. The opening brief is due July 24, 2020. The answering brief is due August 7, 2020. The optional reply brief is due by 9:00 am Pacific Time on August 10, 2020.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

The Clerk shall place this case on the calendar for August 2020. *See* 9th Cir. Gen. Order 3.3(g).