(ORDER LIST: 591 U.S.)

TUESDAY, AUGUST 11, 2020

ORDER IN PENDING CASE

20A21     CLARNO, OR SEC. OF STATE V. PEOPLE NOT POLITICIANS, ET AL.

The application for stay presented to Justice Kagan and by her referred to the Court is granted.  The district court's July 10 and July 13, 2020 orders granting a preliminary injunction are stayed pending disposition of the appeal in the United States Court of Appeals for the Ninth Circuit and disposition of the petition for a writ of certiorari, if such writ is timely sought.  Should the petition for a writ of certiorari be denied, this stay shall terminate automatically.  In the event the petition for a writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

Justice Ginsburg and Justice Sotomayor would deny the application.